**Order entered September 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00023-CR

**ABEY BELETTE GIRMA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1259177-T**

## ORDER

The Court **REINSTATES** this appeal.

On July 30, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have received appellant's brief. Thus, we **VACATE** our July 30, 2014 order requiring findings.

We **GRANT** appellant's August 29, 2014 motion to file appellant's brief and life order of abatement.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/     DAVID EVANS
         JUSTICE